(August 27, 2015)

■ In the Matter of RICHARD P. URDA, an Attorney, Respondent. COMMITTEE ON PROFESSIONAL STANDARDS, Petitioner. [15 NYS3d 707]—

Per Curiam. Respondent was admitted to practice by this Court in 1988. He maintains an office for the practice of law in the City of Ithaca, Tompkins County.

By decision dated October 25, 2012, this Court suspended re-

spondent from the practice of law for a period of one year, which suspension was conditionally stayed (99 AD3d 1165 [2012]). Respondent now moves for termination of the stayed suspension and he has provided a supporting affidavit indicating that the conditions of the stay have been fully complied with. Petitioner does not oppose the motion, which we now grant.

McCarthy, J.P., Garry, Lynch and Clark, JJ., concur. Ordered that respondent's motion is granted, and the stayed suspension imposed by this Court's decision dated October 25, 2012 is terminated, effective immediately.